# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2025

Lyle W. Cayce
Clerk

No. 24-20260

Ashley Guillard,

*Plaintiff—Appellant*,

*versus*

SHF 1 Metro at Greenway L.L.C.; Simpson Housing L.L.P.; Nationwide Compliant L.L.C.; Judge David Patronella,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2013

_____

Before Elrod, *Chief Judge*, and King, and Graves, *Circuit Judges*.
Per Curiam:[*]

Ashley Guillard, pro se, appeals the district court's dismissal with prejudice of her action asserting various claims against her landlord, SHF 1 Metro at Greenway LLC, Simpson Housing LLP, Nationwide Compliant LLC, and Justice of the Peace Judge David Patronella stemming from her eviction from an apartment in Houston, Texas. After consideration of the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20260

briefs, record, and the applicable law in this matter, the order of the district court is AFFIRMED.  *See* 5th Cir. R. 47.6.